IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN QUICK,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 12-cv-651-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered reversing the decision of defendant Michael J. Astrue, Commissioner of Social Security, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

_____    _____2/8/13_____
Peter Oppeneer, Clerk of Court                    Date